IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01955-PSF-CBS

EVANSTON INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

INFINITY DEVELOPMENT ASSOCIATES, LLC, a Colorado limited liability company, f/k/a Infinity Associates, LLC, a Colorado limited liability company;
INFINITY COMMUNITIES, a Colorado limited liability company; and
PAUL SCHMERGEL, JR., a Colorado resident,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Dkt. # 5). The Court, being fully advised in the premises, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and fees.

DATED: January 30, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge